

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2016

No. 04-15-00594-CR

Bo Jett **LITTLETON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR10770
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Appellant's attorney has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967); however, the brief is not accompanied by:

o   a motion to withdraw;

o   an exhibit showing that counsel has notified appellant of the motion to withdraw and the accompanying *Anders* brief and provided appellant with a copy of each;

o   an exhibit showing that counsel has informed appellant of appellant's right to file a *pro se* response and of appellant's right to review the record preparatory to filing that response;

o   an exhibit showing that counsel has informed appellant of appellant's *pro se* right to seek discretionary review should the court of appeals declare appellant's appeal frivolous;

o   an exhibit showing that counsel has notified appellant that, should appellant wish to exercise the right to review the appellate record in preparing to file a response to the *Anders* brief, appellant should immediately file a motion for *pro se* access to the appellate record with this court and provided appellant with a form motion for this purpose and a mailing address for this court.

*See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.).

It is therefore ORDERED that appellant's attorney file the requisite motion and exhibits in this court **no later than 10 days from the date of this order**.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court